**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,** *Plaintiff,* | § § § | |
| **v.** | § § | **PE:25-CV-00011-DC-DF** |
| **TECHWATER LLC and DOES 1 TO 10, INCLUSIVE,** *Defendants.* | § § § § | |

**U.S. MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On this day, the undersigned considered the status of this case. The Court previously set a deadline for Plaintiff Zurich American Insurance Company of Illinois ("Zurich") to identify and serve Defendants Does 1 to 10, Inclusive ("Doe Defendants") before they are dismissed from this case under Rule 4(m). (Doc. 21). The Court then extended this deadline by sixty days. (Doc. 24). This deadline has since passed, and the Doe Defendants remain unidentified and unserved. *See Dora v. Rowe*, No. 5:20-CV-00270-H, 2023 WL 9596275, at *14 (N.D. Tex. Feb. 15, 2023) (dismissing unidentified and unserved defendant under Rule 4(m)). The undersigned therefore **RECOMMENDS** that Zurich's claims against the Doe Defendants be **DISMISSED WITHOUT PREJUDICE** under Rule 4(m).

SIGNED this 24th day of June, 2026.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND RIGHT TO OBJECT

In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is **ORDERED** to mail such party a copy of this Report and Recommendation **by certified mail, return receipt requested**. Pursuant to 28 U.S.C. § 636(b), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions, or recommendations to which objections are being made; the District Court need not consider frivolous, conclusive, or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions, and recommendations contained in this report shall bar the party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendations contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996).