## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

ZURICH AMERICAN
INSURANCE COMPANY OF
ILLINOIS,
     *Plaintiff,*

v.

TECHWATER LLC,  DOES 1 TO 10,
INCLUSIVE,
     *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§

P:25-CV-00011-DC

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge David B. Fannin concerning Plaintiff Zurich American Insurance Company of Illinois's ("Zurich") claims against Defendants Does 1 to 10. Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on June 24, 2026.[1]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[2]

---

[1] Doc. 27.
[2] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**.[3] Zurich's claims against Doe Defendants are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

It is so **ORDERED**.

SIGNED this 9th day of July, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 27.

2